CV-23-390-TUC-RM(PSOT)

Robert Velez  
     Plaintiff  
V  

Colette S. Peters, et al  
     Defendants

NO# CV-23-00268-TUC-SHR

FILED ___ LODGED  
✓ RECEIVED ___ COPY  
AUG 21 2023  
CLERK U S DISTRICT COURT  
DISTRICT OF ARIZONA  
BY_____ DEPUTY

## Preliminary Injuction with TRO / Verified Complaint

Comes now Robert Velez filing prose motion for Preliminary injuction with a Temporarory Restraining order for unlawful Solitairy Confinement and to be release back to population to prevent futher irrevocable/ irrepurable harm.

### Statement of facts

I am currently being held in the Special housing unit without due process of law. Under false pretense (INVESTIGATION) and in violation of program statement 5270.09 Inmate Discipline program 541.5 (A.) And 541 (B.)

Staff mainly Executive Such as SIS, Captain, AW, and Warden are all engage in Manipulating All procedure dealing with inmates.

Foot NOTE See Attachment Disciplinary report

Pg 1 of 7

who if Violated FBOP rules and regulations. To keep them in excessive amount of SHU time because of their own personal beliefs.

In my Case staff falsyied my status several times in order to justify keeping me in the special housing Unit. That because your last status can change anytime staff goes into the main computer. Your previous status is not logged or saved. Therefore staff can change your status everyday without the FBOP Director being aware of corruption and manipulation of procedures or any FBOP Employee

In my case I disable a weapon that came my way. I was interview by staff the very next day which is in violation of 541.(B). I admitted my conduct and the camera seen me. I provided insight on the situation and admitted my conduct. I was placed in the SHU that very same day April 10th 2023. 5270.09 Inmate discipline program 541.5 (A). States "the discipline process starts when staff witness or reasonably believe that you commited a prohibiled Act. A staff member will issue you an incident Report describing the incident and prohibiled Act you are charge with committing. You will (ORDINARLY) recieve the incident report within 24 hours of staff becoming aware of your involvement in the incident".

In my case I admitted my actions and Camra

seen me and Yet I still haven't recieved a lock up order or a shot and Yet I'm still currently being held in SHU.

However 541.5(B) states "When it appears likely that the incident may involve criminal prosecution, the investigation officer suspends the investigation. Staff may not question the inmate until the FBI or other investigation agency release the incident report for adminstrative processing. The time frame for processing the Incident Report is Suspended Until it is released for processing. If an incident is referred for prosecution the incident report should then be delivered to the inmates by the end of the next business day after release for administrative processing."

In plantiff case I was interviewed next day by staff specifically SIS Islas and Alvarez inviolation of policy 541.5(B) I state this because staff informed me it was pending FBI referral.

My case was closed on June 8, 2023 meaning NO prosecution if I was to be served with a shot, it shouldve been the next day after it was release for processing.

Staff stated and change my status during the Signature process to FBI referral. My family contact the FBI and stated NO charges are being pursued. Staff falsyied federal document to

pg 3 of 7

Suspend investigation process to justify my Confinement. The only rule I violated was a 300 serious interfering with staff duty which carry a maxium Penalty of 15 days DS time. Now my routing process is over. Warden signed off on the investigation to release me back to population which shows thier No security threat. It is August the 6th and staff Keeps stating that they will Served me a shot when they feel like it. So Im being held hostage and in the SHU because adminstration feels like Keeping me in the SHU. They are not adhereing to thier own rules and regulations and applying thier own personal punishment beliefs. Whats the point of following thier rules if they don't follow them Nor do the FBOP have respect for the law or court orders, because thier are secret Societies who protect FBOP Employees from punishment that operate within the Courts.

### In Jury

I'm being deprived of life, liberty, inviolation of Due process clause, 8th Amendment, and equal protection clause 90 days in SHU as made me lost 20 lbs from malnutrition, lack of sun light, back Aches, Joint aches, Suicidal Ideation, meNtal and emotion/distress. I havent seen psycology in over 90

pg 4 of 7

days being in SHU which states that we will recieve mental treatment after 30 days. Which is also not followed I was deprived of recreation for 45 days. 1st Amendment retaliation

## Premilinary injunction/TRO/Relief Sought

1. Simply a court order ~~all~~ FBOP to come into compliance with their own policy and Procedures obey the law, uphold thier oaths. Specifically 5270.09 "Inmate disclipline: Statement"

2. release me back to population Immediately for I didn't recieve a shot nor a lock order as required. Nor do I pose a threat to the order and running of the institution. Under the rules and procedure my shot should never be issued, for they violated due process. As the warden already stated he will kick me out after I served my DS time, but yet I havent recieve a shot. As of August 6, 2023

3. Document and logged all status in SHU. Where it will save enery change made this will refrained FBOP from manipulating Cases such as mine. Return My Paperwork Case Manager McMillian is in Possession of in which copies was to be made, but Never returned "Stolen Property"

pg 5 of 7

5. Supena all documents and Investigation Conducted on Plantiff Robert Velez as proof of manipulating thier policy and procedures and order a response to show cause why plaintiff is still in Special housing unit, in Violation of The Law implented by Obama Administraton

## Prayer for Relief

Plantiff prays this Honorable court to issue TRO and release plantiff Robert Velez back to population to prevent futher irreparable harm for plantiff is being held with Special housing unit with no Infraction, No lock order, No FBI referral, No Investigation. Plantiff accorting to warden is awaiting shot for infraction, A shot that was suppose to be process once FBI referral was Kick back for almistrating process is not following rules and Procedures. Staff is engage in Kidnapping and holding plantiff hostage

Respectfully Submitted by
Robert Velez
USP Tucson
P.O Box 24550
Tucson AZ, 85734

Pg 6 of 7

## Notes/FACTS

I was served with a Shot on August the 9th. My case was closed According to thier New changed Status once Again on August the 1rst. Under Program Statement 5270.09 I was suppose to be served within 24 hours and its No longer pending FBI referral, Meaning I was suppose to recieve a shot on August the 2nd. Now I spoken to Administration, SIS Falconer, Lt SIS Eastwood, Case Manager Mcmillian on tues August 15, 2023. In which they State my case is routing, Pending FBI referral, which is all false. My shot would've never been process for Administrative processing. This is retaliation for filing a civil complaint. I'm being held hostage by the federal corporation, for if they are operating outside the law, and rules and regulation. Then they are engage in conspiracy to kidnapp and I'm being tor ture mentally due to my circumstances and would like to pursue charges. They also claim there was a rewrite in which I didn't recieved, that because the Shot was served late. Also, I was suppose to recieve a memo but didn't. I'm waiting on DHO, in which supposely She on vacation. So why She is drinking Margaritas, I have to wait on her return and being held maliciously, Sadistically by a corrupt corporation. I declare the following information is true, correct, Not misleading under the penalty of perjury pursuant to title 28 USC 1746.

Pg 7 of 7

Certificate of Service

I hereby declare that a Jpg Motion for Preliminary Injunction with TRO, And exhibit 1 has been mailed on Tuesday 15, 2023 to the United States district court of Arizona. Respectfully Submitted by

Robert Velez  21160-074

8/15/2023

Pg 1 OF 1